# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00712-CR

**Anthony Torres, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2013-363, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

In the above cause, appellant's brief was first due on February 9, 2015. Appellant's counsel has now filed his fourth motion for extension of time to file appellant's brief, seeking an extension until "at least" June 23, 2015. We grant the motion and ORDER counsel to file appellant's brief no later than the following Monday, June 29, 2015. No further extensions will be granted. If appellant fails to file a brief by the deadline, a hearing before the district court will be ordered.[1]

It is ordered on June 17, 2015.

Before Justices Puryear, Pemberton, and Bourland

Do Not Publish

---

[1] *See* Tex. R. App. P. 38.8(b).